**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF NEW JERSEY

Case number *(if known)* _____ Chapter ___7___

☐ Check if this an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy     06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | Advanced Welding & Iron Works, Inc. |
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 45-1582885 |

| | | |
|---|---|---|
| 4. | **Debtor's address** | **Principal place of business** | **Mailing address, if different from principal place of business** |

**Principal place of business**

4309 Palisade Ave
Union City, NJ 07087
Number, Street, City, State & ZIP Code

Hudson
County

**Mailing address, if different from principal place of business**

15 Garden Street
Ridgefield Park, NJ 07660
P.O. Box, Number, Street, City, State & ZIP Code

**Location of principal assets, if different from principal place of business**

Number, Street, City, State & ZIP Code

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | |

| | | |
|---|---|---|
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br><br>☐ Partnership (excluding LLP)<br><br>☐ Other. Specify: _____ |

| Debtor | Advanced Welding & Iron Works, Inc. | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

■ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check all that apply*:

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

| District | | When | | Case number | |
|---|---|---|---|---|---|
| District | | When | | Case number | |

Debtor   Advanced Welding & Iron Works, Inc. _____ Case number (*if known*) _____
     Name

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| | | |
|---|---|---|
| Debtor _____ | | Relationship _____ |
| District _____ | When _____ | Case number, if known _____ |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.  Insurance agency _____

Contact name _____

Phone _____

**Statistical and administrative information**

**13. Debtor's estimation of available funds** .

*Check one:*

☐ Funds will be available for distribution to unsecured creditors.

■ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ■ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |

Debtor    Advanced Welding & Iron Works, Inc.                              Case number (*if known*)
          Name

☐ $50,001 - $100,000              ☐ $10,000,001 - $50  million        ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000             ☐ $50,000,001 - $100 million        ☐ $10,000,000,001 - $50 billion
■ $500,001 - $1 million           ☐ $100,000,001 - $500 million       ☐ More than $50 billion

| Debtor | Advanced Welding & Iron Works, Inc. | Case number (*if known*) |
|---|---|---|
| | Name | |

| Request for Relief, Declaration, and Signatures |
|---|

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    June 11, 2024
    MM / DD / YYYY

**X** /s/ William Somers    William Somers
Signature of authorized representative of debtor    Printed name

Title    President

**18. Signature of attorney**

**X** /s/ Scott S. Rever    Date    June 11, 2024
Signature of attorney for debtor    MM / DD / YYYY

Scott S. Rever
Printed name

GENOVA BURNS LLC
Firm name

110 Allen Road
Suite 304
Basking Ridge, NJ 07920
Number, Street, City, State & ZIP Code

Contact phone    (973) 467-2700    Email address    srever@genovaburns.com

036111994 NJ
Bar number and State

William J Somers, the President and Owner of the debtor found out that in August of 2023, four employees of the Debtor, Samantha Sfreddo, Christopher Ortega, Omar J Ortega and Omar Ortega Sr., were taking money from the Debtor for their personal use without authorization, taking possession and control of the mail, and borrowing funds without corporate authority.   As of September 1, 2023, these parties took complete physical, financial, and operational control over the company.   As a result of the foregoing, some of the information contained herein is unknown or provided on information and belief.

## IN THE UNITED STATES BANKRUPTCY COURT

| | |
|---|---|
| **In the Matter of:** } | |
| } | Case No. |
| **Advanced Welding & Iron Works, , Inc.,** } | Chapter 7 |
| } | |
| **Debtor** } | |

## STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

I, William J. Somers, declare under penalty of perjury that I am the President of Advanced Welding & Iron Works, Inc., and that the following is a true and correct copy of the resolutions adopted by the Board of Directors of said Corporation at a special meeting duly called and held on the 11th day of June, 2024.

"Whereas, it is in the best interest of this Corporation to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved, that William J. Somers, President of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a Chapter 11 voluntary bankruptcy case on behalf of the Corporation; and

Be It Further Resolved, that William J. Somers, President of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the Corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the Corporation in connection with such bankruptcy case, and

Be It Further Resolved, that William J. Somers, President of this Corporation is authorized and directed to employ the law firm of GENOVA BURNS LLC to represent the Corporation in such bankruptcy case."

Date: June 11, 2024                          Signed: _____
                                                   **WILLIAM J. SOMERS, PRESIDENT**

Resolution of Board of Directors
of
ADVANCED WELDING & IRON WORKS, INC.

Whereas, it is in the best interest of this Corporation to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved, that William J. Somers, Chairman of the Board of Directors, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a Chapter 11 voluntary bankruptcy case on behalf of the Corporation; and

Be It Further Resolved, that William J. Somers, Chairman of the Board of Directors is authorized and directed to appear in all bankruptcy proceedings on behalf of the Corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the Corporation in connection with such bankruptcy case, and

Be It Further Resolved, that William J. Somers, Chairman of the Board of Directors is authorized and directed to employ the law firm of GENOVA BURNS LLC to represent the Corporation in such bankruptcy case.

Date: June 11, 2024                    Signed: _____
                                                WILLIAM J. SOMERS

| Fill in this information to identify the case: |
| --- |

Debtor name    Advanced Welding & Iron Works, Inc.

United States Bankruptcy Court for the:    DISTRICT OF NEW JERSEY

Case number (if known)    _____

☐ Check if this is an
amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    June 11, 2024      **X** /s/ William Somers
                                               Signature of individual signing on behalf of debtor

                                               William Somers
                                               Printed name

                                               President
                                               Position or relationship to debtor

```
Fill in this information to identify the case:

Debtor name      Advanced Welding & Iron Works, Inc.

United States Bankruptcy Court for the:   DISTRICT OF NEW JERSEY

Case number (if known)   _____
```

☐ Check if this is an
  amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    **12/15**

---

**Part 1:    Summary of Assets**

1.   ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

    **1a. Real property:**
    Copy line 88 from *Schedule A/B*.................................................................................................   $ _____ 0.00

    **1b. Total personal property:**
    Copy line 91A from *Schedule A/B*.............................................................................................   $ _____ 54,496.27

    **1c. Total of all property:**
    Copy line 92 from *Schedule A/B*...............................................................................................   $ _____ 54,496.27

---

**Part 2:    Summary of Liabilities**

2.   ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................................   $ _____ 0.00

3.   ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................................   $ _____ 738,173.40

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*...............................................   +$ _____ 176,840.43

4.   **Total liabilities** ....................................................................................................
    Lines 2 + 3a + 3b                                                                                      $ _____ 915,013.83

| Fill in this information to identify the case: |
|---|
| Debtor name    Advanced Welding & Iron Works, Inc. |
| United States Bankruptcy Court for the:    DISTRICT OF NEW JERSEY |
| Case number (if known) |

☐ Check if this is an amended filing

# Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:**    Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

3.    **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | Bank of America (-$1,843.62) | Checking | 4651 | $0.00 |

4.    **Other cash equivalents** *(Identify all)*

| | | |
|---|---|---|
| 4.1. | cash held in segregated Chase bank account for safekeeping | $44,763.98 |

5.    **Total of Part 1.**
       Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.    | $44,763.98 |

**Part 2:**    Deposits and Prepayments

6. **Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.
■ Yes Fill in the information below.

7.    **Deposits, including security deposits and utility deposits**
       Description, including name of holder of deposit

8.    **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
       Description, including name of holder of prepayment

| | | |
|---|---|---|
| 8.1. | General Liability - First Insurance | $1,034.54 |

Debtor    Advanced Welding & Iron Works, Inc.                                    Case number *(If known)* _____
          Name

| | | |
|---|---|---|
| 8.2. | General Liability Umbrella Policy - First Insurance | $807.63 |

| | | |
|---|---|---|
| 8.3. | Workers Comp - ICW Group | $740.12 |

**9.** **Total of Part 2.** | $2,582.29 |

Add lines 7 through 8. Copy the total to line 81.

| Part 3: | Accounts receivable |
|---|---|

**10. Does the debtor have any accounts receivable?**

☑ No. Go to Part 4.
☐ Yes Fill in the information below.

| Part 4: | Investments |
|---|---|

**13. Does the debtor own any investments?**

☑ No. Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.
☑ Yes Fill in the information below.

| | General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| 19. | **Raw materials** Unknown | January 2024 | Unknown | | Unknown |
| 20. | **Work in progress** Unknown | | Unknown | | Unknown |
| 21. | **Finished goods, including goods held for resale** Unknown | | Unknown | | Unknown |
| 22. | **Other inventory or supplies** Unknown | | Unknown | | Unknown |

**23.** **Total of Part 5.** | $0.00 |

Add lines 19 through 22.  Copy the total to line 84.

**24.** **Is any of the property listed in Part 5 perishable?**
☑ No

Debtor    Advanced Welding & Iron Works, Inc.                              Case number *(If known)* _____
_____
          Name

☐ Yes

25.    **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
       ■ No
       ☐ Yes. Book value  _____  Valuation method _____  Current Value _____

26.    **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

    ■ No.  Go to Part 7.
    ☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

    ☐ No.  Go to Part 8.
    ■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39.    **Office furniture** | | | |
| 40.    **Office fixtures** | | | |
| 41.    **Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| computer & printer | $750.00 | | $150.00 |
| Solid Works | $7,000.00 | | $7,000.00 |

42.    **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork;
       books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card
       collections; other collections, memorabilia, or collectibles

43.    **Total of Part 7.**                                                                    | $7,150.00 |
       Add lines 39 through 42.  Copy the total to line 86.

44.    **Is a depreciation schedule available for any of the property listed in Part 7?**
       ■ No
       ☐ Yes

45.    **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

| Part 8: | Machinery, equipment, and vehicles |

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

    ☐ No.  Go to Part 9.
    ■ Yes Fill in the information below.

| Debtor | Advanced Welding & Iron Works, Inc. | | Case number *(If known)* | |
|--------|--------------------------------------|--|---------------------------|--|
| | Name | | | |

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|

**47.** **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

**48.** **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

**49.** **Aircraft and accessories**

**50.** **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**
See attached asset list current as of January 2024          Unknown                              Unknown

**51.** **Total of Part 8.**                                                                    | $0.00 |

Add lines 47 through 50.  Copy the total to line 87.

**52.** **Is a depreciation schedule available for any of the property listed in Part 8?**
■ No
☐ Yes

**53.** **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 9:** **Real property**

**54. Does the debtor own or lease any real property?**

■ No.  Go to Part 10.
☐ Yes Fill in the information below.

**Part 10:** **Intangibles and intellectual property**

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.
■ Yes Fill in the information below.

| General description | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|

**60.** **Patents, copyrights, trademarks, and trade secrets**

**61.** **Internet domain names and websites**
www.advancedweldinginc.com                    Unknown                              Unknown

**62.** **Licenses, franchises, and royalties**

**63.** **Customer lists, mailing lists, or other compilations**

**64.** **Other intangibles, or intellectual property**

**65.** **Goodwill**

**66.** **Total of Part 10.**                                                                   | $0.00 |

Add lines 60 through 65. Copy the total to line 89.

Debtor    Advanced Welding & Iron Works, Inc.                          Case number *(If known)* _____
_____
         Name

67.    **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**
       ■ No
       ☐ Yes

68.    **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
       ■ No
       ☐ Yes

69.    **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

| Part 11: | All other assets |
|---|---|

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

    ■ No.  Go to Part 12.
    ☐ Yes Fill in the information below.

Debtor    Advanced Welding & Iron Works, Inc.                          Case number *(If known)* _____
          Name

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $44,763.98 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $2,582.29 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $7,150.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.* .........................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $54,496.27 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $54,496.27 |

Rider to Schedule A/B #50 - Asset List of Vehicles, Machinery & Equipment

## ASSET RECORD

| Asset Name | Asset Class | Description | Physical Location | Asset No. | Serial No./Vin | Acquisition Date | Acquisition Cost |
|---|---|---|---|---|---|---|---|
| Truck | Vehicles | 2007 Ford F250 (XCFU91) Registered under Sammantha Sfreddo | Union City | | 1FTSW21557EA52895 | | $14,000.00 |
| Puncher 2 | Equipment | Edwards Puncher-120 Ton | Union City | | 00373181W128 | 6/8/2018 | $26,499.00 |
| Puncher 1 | Equipment | Edwards Puncher-60 Ton | Union City | | 0937141W60 | | $14,000.00 |
| Roller | Equipment | Edwards Roller | Union City | | 0050220RR20 | | $8,000.00 |
| Welding Machine | Equipment | Millermatic 255 - Welding Mahine | Union City | | ND058845N | | $3,000.00 |
| Welding Machine | Equipment | Millermatic 251 - Welding Mahine | Union City | | LG422700 | | $3,000.00 |
| Welding Machine | Equipment | Millermatic 252 - Welding Mahine | Union City | | MF200059N | | $3,000.00 |
| Welding Machine | Equipment | Millermatic 252 - Welding Mahine | Union City | | ME200721N | | $3,000.00 |
| Welding Machine | Equipment | Millermatic  - Welding Machine | Union City | | LE103654 | | $3,000.00 |
| Welding Machine | Equipment | Miller Trailblazer 302 - Welding Machine | Union City | Ebay | LH460045Q | 5/19/2018 | $6,000.00 |
| Welding Machine | Equipment | Miller Trailblazer 325 - Welding Machine | Union City | | MF021336R | | $6,000.00 |
| Welding Machine | Equipment | Lincoln Electric 216 - Welding Machine | Union City | | M3120802830 | | $1,000.00 |
| Welding Machine-220v | Equipment | Miller CTS 280 - Welding Mahine | Union City | | MA460072G | | $3,000.00 |
| Welding Machine-220v | Equipment | Razor 195 - Welding Machine | Union City | | E60974-1 | | $100.00 |
| Welding Machine-220v | Equipment | Thermal Arc | Union City | | R12517A189101F | | $2,000.00 |
| Welding Machine-110v | Equipment | Miller Electric 110v Welding Machine | Union City | | MK128943N | | $1,500.00 |
| Welding Machine-110v | Equipment | Miller Maxstar-750STL - Welding Machine 110v | Union City | | MD090172J | | $1,500.00 |
| Welding Machine-110v | Equipment | Miller Maxstar-750STL - Welding Machine 110v | Union City | | MB240056J | | $1,500.00 |
| Band Saw | Equipment | Jet MD-HUBS-712D - Band Saw | Union City | | 1807BF02835 | | $1,800.00 |

| Asset Name | Asset Class | Description | Physical Location | Asset No. | Serial No./Vin | Acquisition Date | Acquisition Cost |
|---|---|---|---|---|---|---|---|
| Drill Press | Equipment | Rigid-DP75501 - Drill Press | Union City | | AM070364995 | | $500.00 |
| Drill Press | Equipment | Jet JDP-17DX - Drill Press | Union City | | 73015667 | | $800.00 |
| Compressor | Equipment | Husky - Compressor | Union City | | 1315102W2740097 | | $800.00 |
| Compressor | Equipment | Duty Motor - Compressor | Union City | | 2277250807 | | $800.00 |
| Magnetic Drill-1 | Tools | Hougen HMD904 - Magnetic Drill | Union City | Ebay | 263037672441 | 4/9/2018 | $845.00 |
| Magnetic Drill-2 | Tools | Hougen HMD904 - Magnetic Drill | Union City | | 202032109 | | $845.00 |
| Magnetic Drill-3 | Tools | Hougen HMD904 - Magnetic Drill | Union City | | 202032224 | | $845.00 |
| Magnetic Drill-4 | Tools | Hougen HMD904 - Magnetic Drill | Union City | | 0918183 | | $845.00 |
| Magnetic Drill-5 | Tools | Hougen HMD904 - Magnetic Drill | Union City | Ebay | 263037672441 | 5/16/2018 | $845.00 |
| Magnetic Drill-6 | Tools | Hougen HMD904 - Magnetic Drill | Union City | | NEED | | $845.00 |
| Angle Grinder | Tools | Hilti-AG 700-14 w/Protective Cover 7" - Angle Grinder | Union City | Hilti | 115145 | 6/14/2022 | $199.00 |
| Angle Grinder | Tools | Hilti-AG 700-14 w/Protective Cover 7" - Angle Grinder | Union City | Hilti | 115152 | 6/14/2022 | $199.00 |
| Angle Grinder | Tools | Hilti-AG 500-7SE w/Protective Cover 5" - Angle Grinder | Union City | Hilti | 112464 | 9/6/2022 | $139.00 |
| Angle Grinder | Tools | Hilti-AG 500-7SE w/Protective Cover 5" - Angle Grinder | Union City | Hilti | 112467 | 9/6/2022 | $139.00 |
| Angle Grinder | Tools | Hilti-AG 450-7D w/Guard 4-1/2" - Angle Grinder | Union City | Hilti | 399522 | 9/6/2022 | $109.00 |
| Angle Grinder | Tools | Hilti-AG 450-7D w/Guard 4-1/2" - Angle Grinder | Union City | Hilti | 399525 | 9/6/2022 | $109.00 |
| Battery Charger | Tools | Hilti-Nuron Charger C 4-22 115v | Union City | Hilti | 2212651112 | 9/6/2022 | $39.00 |
| Battery Charger | Tools | Hilti-Battery Charge C 4/36-350 | Union City | Hilti | 2206900620 | 9/6/2022 | $85.00 |
| Hammer Drill | Tools | Hilti-Hammer Drill SF 6H-22 | Union City | Hilti | 230131121 | 6/15/2023 | $199.00 |
| Hammer Drill | Tools | Hilti-Hammer Drill SF 6H-22 | Union City | Hilti | 230131124 | 6/15/2023 | $199.00 |
| Battery Pack | Tools | Hilti- Battery Pack B 22-170 LI-ION Nuron | Union City | Hilti | 303717127 | 6/15/2023 | $207.00 |

| Asset Name | Asset Class | Description | Physical Location | Asset No. | Serial No./Vin | Acquisition Date | Acquisition Cost |
|---|---|---|---|---|---|---|---|
| Battery Pack | Tools | Hilti- Battery Pack B 22-170 LI-ION Nuron | Union City | Hilti | 303717128 | 6/15/2023 | $207.00 |
| Impact Driver | Tools | Hilti-Cordless Impact Driver SID 6-22 | Union City | Hilti | 2135100452 | 8/22/2022 | $180.00 |
| Impact Driver | Tools | Hilti-Cordless Impact Driver SID 6-22 | Union City | Hilti | 213510453 | 8/22/2022 | $180.00 |
| Impact Driver | Tools | Hilti-Cordless Impact Driver SID 4-A22 | Union City | NEED | | | $189.00 |
| Impact Driver | Tools | Hilti-Cordless Impact Driver SID 4-A22 | Union City | NEED | | | $189.00 |
| Angle Grinder | Tools | Hilti-AG700-14D - Angle Grinder | Union City | NEED | | Date | $219.00 |
| Angle Grinder | Tools | Hilti-AG700-14D - Angle Grinder | Union City | NEED | | Date | $219.00 |
| Angle Grinder | Tools | Hilti-AG700-14D - Angle Grinder | Union City | NEED | | Date | $219.00 |
| Angle Grinder | Tools | Hilti-AG700-14D - Angle Grinder | Union City | Ebay | 0115145 | 5/30/2018 | $200.00 |
| Reciprocating Saw | Tools | Hilti SR6-A22 - Reciprocating Saw | Union City | | FFE2158589/089369 | Date | $309.00 |
| Angle Grinder | Tools | Hilti DCG500-S - 5" Angle Grinder (3C) | Union City | Ebay | 273192253574 | 5/16/2018 | $79.99 |
| Angle Grinder | Tools | Hiltti AG500-12D - Angle Grinder | Union City | NEED | | Date | $249.00 |
| Angle Grinder | Tools | Hiltti AG500-12D - Angle Grinder | Union City | NEED | | Date | $249.00 |
| Angle Grinder | Tools | Hiltti AG500-12D - Angle Grinder | Union City | NEED | | Date | $249.00 |
| Angle Grinder | Tools | Hiltti AG500-12D - Angle Grinder | Union City | NEED | | Date | $249.00 |
| Angle Grinder | Tools | Hiltti AG500-12D - Angle Grinder | Union City | NEED | | Date | $249.00 |
| Angle Grinder | Tools | Hiltti AG500-12D - Angle Grinder | Union City | NEED | | Date | $249.00 |
| Angle Grinder | Tools | Hiltti AG500-12D - Angle Grinder | Union City | NEED | | Date | $249.00 |
| Heater | Equipment | Heater | Union City | NEED | | 11/10/2023 | $1,814.34 |
| Pinter | Tech | HP DesignJet T230 Large Format Compact Wireless Plotter Printer - 24", with Mobile Printing (5HB07A) | Union City | | CN1763M00F | Date | $1,200.00 |
| Regulator | Sm Tools/Parts/Access | Smith HB1883-580 USA Inert Gas 1500 PSI Argon Regulator | Union City | Ebay | 273138601622 | 4/9/2018 | $112.50 |

| Asset Name | Asset Class | Description | Physical Location | Asset No. | Serial No./Vin | Acquisition Date | Acquisition Cost |
|---|---|---|---|---|---|---|---|
| Hougen Accessories | Sm Tools/Parts/Access | Hougen 12126 12,000 Series Annular Cutter - Diameter 1" | Union City | Ebay | 352222773465 | 5/16/2018 | $95.97 |
| Hougen Accessories | Sm Tools/Parts/Access | Hougen 12126 12,000 Series Annular Cutter - Diameter 1" | Union City | Ebay | 352222773466 | 5/16/2018 | $95.97 |
| Hougen Accessories | Sm Tools/Parts/Access | Hougen 12126 12,000 Series Annular Cutter - Diameter 1" | Union City | Ebay | 352222773467 | 5/16/2018 | $95.97 |
| C Clamps | Sm Tools/Parts/Access | Wilton C-Clamp Set, 8" Steel Regular Duty G3106577 | Union City | Ebay | N/A | 5/16/2018 | $79.99 |
| Lincoln Accessories | Sm Tools/Parts/Access | Lincoln Electric KH520 Stick Electrode Holder, 200 AMP | Union City | Ebay | 222934606668 | 5/16/2018 | $54.20 |
| Lincoln Accessories | Sm Tools/Parts/Access | Lincoln Electric KH520 Stick Electrode Holder, 200 AMP | Union City | Ebay | 222934606669 | 5/16/2018 | $54.20 |
| Lincoln Accessories | Sm Tools/Parts/Access | Lincoln Electric KH520 Stick Electrode Holder, 200 AMP | Union City | Ebay | 222934606667 | 5/16/2018 | $54.20 |
| Lincoln Accessories | Sm Tools/Parts/Access | Lincoln Electric KH520 Stick Electrode Holder, 200 AMP | Union City | Ebay | 222934606666 | 5/16/2018 | $54.20 |
| Hougen Accessories | Sm Tools/Parts/Access | Hougen 10527  1" Pilot Pin | Union City | Ebay | 332405081521 | 5/16/2018 | $7.50 |
| C Clamps | Sm Tools/Parts/Access | Wilton C-Clamp Set, 8" Steel Regular Duty G3106577 | Union City | Ebay | N/A | 6/2/2018 | $159.98 |
| C Clamps | Sm Tools/Parts/Access | Wilton C-Clamp Set, 8" Steel Regular Duty G3106577 | Union City | Ebay | N/A | 6/2/2018 | $159.98 |
| Grinder | Tools | Hilti DEG 600-D Grinder | Union City | Ebay | 253650434320 | 6/2/2018 | $125.00 |
| Angle Grinder | Tools | Hilti AG 450 7D Corded Agle Grinder, 4-1/2", 5/8" Arbor 120 volts, 7 Amps | Union City | Ebay | 302740774414 | 6/6/2018 | $65.00 |
| Edwards Acessories | Sm Tools/Parts/Access | Edwards Piranha CST Iron Worker Punch & Die Set | Union City | Ebay | N/A | 6/6/2018 | $27.90 |
| Edwards Acessories | Sm Tools/Parts/Access | Edwards Iron Worker Sqaure Punch & Die Sets | Union City | Ebay | N/A | 6/6/2018 | $99.90 |
| Go Fab Plasma | Equipment | Go Fab CNC Plasma Table | Union City | Go Fab | N/A | 4/26/2022 | $8,250.00 |
| Plasma | Equipment | Miller Spectrum 875 Plasma Cutter | Union City | Ebay | N/A | 3/1/2020 | $3,500.00 |
| Spools | Equipment | Miller 30A Spool Gun | Union City | Ebay | N/A | 3/1/2020 | $2,000.00 |
| Spools | Equipment | Miller 30A Spool Gun | Union City | Ebay | N/A | 3/1/2021 | $2,000.00 |
| Spools | Equipment | Miller 30A Spool Gun | Union City | Ebay | N/A | 3/1/2022 | $2,000.00 |
| Spools | Equipment | Miller 30A Spool Gun | Union City | Ebay | N/A | 7/1/2020 | $2,000.00 |

| Asset Name | Asset Class | Description | Physical Location | Asset No. | Serial No./Vin | Acquisition Date | Acquisition Cost |
|---|---|---|---|---|---|---|---|
| Tables | Equipment | Welding Tables | Union City | AWIW | N/A | 1/1/2022 | $4,000.00 |
| Tables | Equipment | Welding Tables | Union City | AWIW | N/A | 1/1/2022 | $4,000.00 |
| Tables | Equipment | Welding Tables | Union City | AWIW | N/A | 1/1/2022 | $4,000.00 |
| Hilti | Sm Tools/Parts/Access | ATC 70TE Hammer Drill | Union City | Ebay | N/A | 1/1/2019 | $2,000.00 |
| Pulley | Equipment | 2 Ton Electric Pulley | Union City | Ebay | N/A | 1/1/2022 | $2,300.00 |
| Genie | Equipment | 24' SLC Manual Genie Lift | Union City | Craigslist | N/A | 1/1/2022 | $2,400.00 |
| Genie | Equipment | 24' SLC Manual Genie Lift | Union City | Craigslist | N/A | 1/1/2022 | $2,400.00 |
| | | | | | | | |
| | | | | | | | $160,632.79 |

**Fill in this information to identify the case:**

Debtor name _____Advanced Welding & Iron Works, Inc._____

United States Bankruptcy Court for the: _____DISTRICT OF NEW JERSEY_____

Case number (if known) _____

☐ Check if this is an
amended filing

Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property

12/15

**Be as complete and accurate as possible.**

**1. Do any creditors have claims secured by debtor's property?**

■ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

**Fill in this information to identify the case:**

Debtor name ___Advanced Welding & Iron Works, Inc.___

United States Bankruptcy Court for the: ___DISTRICT OF NEW JERSEY___

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                   12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
   with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | | Total claim | Priority amount |
|---|---|---|---|---|
| 2.1 | Priority creditor's name and mailing address<br>Internal Revenue Service<br>Centralized Insolvency Operation<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $488,159.36 | $488,159.36 |
|  | Date or dates debt was incurred<br>2018-2020 | Basis for the claim:<br>Taxes |  |  |
|  | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes |  |  |
| 2.2 | Priority creditor's name and mailing address<br>State of New Jersey<br>Division of Taxation<br>CN 249<br>Trenton, NJ 08625 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $2,446.17 | $2,446.17 |
|  | Date or dates debt was incurred<br>2018 Q4 | Basis for the claim:<br>Taxes |  |  |
|  | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes |  |  |

| Debtor | Advanced Welding & Iron Works, Inc. | Case number (if known) |
|---|---|---|
| | Name | |

| 2.3 | Priority creditor's name and mailing address<br>State of New Jersey<br>Division of Taxation<br>CN 249<br>Trenton, NJ 08625 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $215,185.76 | $215,185.76 |
|---|---|---|---|---|
| | Date or dates debt was incurred<br>2018-2021 | Basis for the claim:<br>Audit Case #19 | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.4 | Priority creditor's name and mailing address<br>State of New Jersey<br>Sales & Use Tax<br>CN 999<br>Trenton, NJ 08625-0999 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $32,382.11 | $32,382.11 |
|---|---|---|---|---|
| | Date or dates debt was incurred<br>2023-4 qtrs | Basis for the claim:<br>Sales Tax | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.5 | Priority creditor's name and mailing address<br>State of New Jersey<br>Sales & Use Tax<br>CN 999<br>Trenton, NJ 08625-0999 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | Unknown | Unknown |
|---|---|---|---|---|
| | Date or dates debt was incurred<br>2021-2 qtrs | Basis for the claim:<br>Sales Tax | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.6 | Priority creditor's name and mailing address<br>State of New Jersey<br>Sales & Use Tax<br>CN 999<br>Trenton, NJ 08625-0999 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | Unknown | Unknown |
|---|---|---|---|---|
| | Date or dates debt was incurred<br>2022-2 qtrs | Basis for the claim:<br>Sales Tax | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

**Part 2:    List All Creditors with NONPRIORITY Unsecured Claims**

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

| Debtor | Advanced Welding & Iron Works, Inc. | Case number (if known) |
|---|---|---|
| | Name | |

---

**3.1** | **Nonpriority creditor's name and mailing address**

Bank of America
Business Card
PO Box 15710
Wilmington, DE 19886-5710

**Date(s) debt was incurred** _

**Last 4 digits of account number** __9172__

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Business Credit Card__

Is the claim subject to offset? ■ No ☐ Yes

$14,417.18

---

**3.2** | **Nonpriority creditor's name and mailing address**

Bank of America
Attn:  Bankruptcy Notice
P.O. Box 26012
Greensboro, NC 27420

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __overdrawn bank account__

Is the claim subject to offset? ■ No ☐ Yes

$3,133.85

---

**3.3** | **Nonpriority creditor's name and mailing address**

Daniel Fleisher
4309 Palisade LLC
330 Washington St.
Hoboken, NJ 07030

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Lease for premises__

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.4** | **Nonpriority creditor's name and mailing address**

FORA Financial
1385 Broadway
New York, NY 10018

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Business loan__

Is the claim subject to offset? ■ No ☐ Yes

$77,405.60

---

**3.5** | **Nonpriority creditor's name and mailing address**

Fundamate Techno
300 Continental Blvd
Suite 410
El Segundo, CA 90245

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Business loan__

Is the claim subject to offset? ■ No ☐ Yes

$58,009.64

---

**3.6** | **Nonpriority creditor's name and mailing address**

Home Depot
PO Box 9001037
Louisville, KY 40290-1037

**Date(s) debt was incurred** _

**Last 4 digits of account number** __8853__

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Business Credit Card__

Is the claim subject to offset? ■ No ☐ Yes

$4,629.88

---

**3.7** | **Nonpriority creditor's name and mailing address**

ICW Group
PO Box 509039
San Diego, CA 92150-9039

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Business Debt-workers' comp insurance__

Is the claim subject to offset? ■ No ☐ Yes

$10,174.89

---

| Debtor | Advanced Welding & Iron Works, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|
| | Manhattan Steel | ☐ Contingent | |
| | 327 Manhattan Ave | ☐ Unliquidated | |
| | Jersey City, NJ 07307 | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** For Noticing Purposes Only | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,503.11 |
|---|---|---|---|
| | Paypal Credit | ☐ Contingent | |
| | PO Box 71718 | ☐ Unliquidated | |
| | Philadelphia, PA 19176-1718 | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** Business Debt | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,566.28 |
|---|---|---|---|
| | T-Mobile | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **Date(s) debt was incurred** _ | ☐ Disputed | |
| | **Last 4 digits of account number** _ | **Basis for the claim:** Equipment finance | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

---

## Part 3: List Others to Be Notified About Unsecured Claims

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | Builders & Tradesmen's Ins Svc Inc. | Line 3.7 | _ |
| | 6610 Sierra College Blvd. | | |
| | Rocklin, CA 95677-4306 | ☐ Not listed. Explain ____ | |
| 4.2 | Internal Revenue Service | Line 2.1 | _ |
| | Special Procedures | | |
| | 955 So. Springfield Avenue | ☐ Not listed. Explain ____ | |
| | Springfield, NJ 07081 | | |

---

## Part 4: Total Amounts of the Priority and Nonpriority Unsecured Claims

5. Add the amounts of priority and nonpriority unsecured claims.

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ | 738,173.40 |
| 5b. Total claims from Part 2 | 5b. + | $ | 176,840.43 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ | 915,013.83 |

**Fill in this information to identify the case:**

Debtor name _____Advanced Welding & Iron Works, Inc._____

United States Bankruptcy Court for the: _____DISTRICT OF NEW JERSEY_____

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                           12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
    ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal     Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.1.  State what the contract or lease is for and the nature of the debtor's interest          Landlord | |
| State the term remaining          unknown | Daniel Fleisher 4309 Palisade LLC 330 Washington St. Hoboken, NJ 07030 |
| List the contract number of any government contract | |

**Fill in this information to identify the case:**

Debtor name    Advanced Welding & Iron Works, Inc.

United States Bankruptcy Court for the:    DISTRICT OF NEW JERSEY

Case number (if known) _____

☐ Check if this is an
   amended filing

## Official Form 206H
## Schedule H: Your Codebtors      12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | Christopher Ortega & Samantha Sfreddo | c/o Omar Ortega 4310 Palisade Ave., Unit 1P Union City, NJ 07087 Possible Co-Debtors on all business debt, including tax debt | | ☐ D _____ ☐ E/F _____ ☐ G _____ |
| 2.2 | William J. Somers | 15 Garden Street Ridgefield Park, NJ 07660 | Internal Revenue Service | ☐ D _____ ■ E/F __2.1__ ☐ G _____ |
| 2.3 | William J. Somers | 15 Garden Street Ridgefield Park, NJ 07660 | State of New Jersey | ☐ D _____ ■ E/F __2.2__ ☐ G _____ |
| 2.4 | William J. Somers | 15 Garden Street Ridgefield Park, NJ 07660 | State of New Jersey | ☐ D _____ ■ E/F __2.3__ ☐ G _____ |

| Debtor | Advanced Welding & Iron Works, Inc. | Case number *(if known)* | |

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| 2.5 | William J. Somers | 15 Garden Street<br>Ridgefield Park, NJ 07660 | State of New Jersey | ☐ D _____<br>■ E/F   2.4<br>☐ G _____ |
| 2.6 | William J. Somers | 15 Garden Street<br>Ridgefield Park, NJ 07660 | State of New Jersey | ☐ D _____<br>■ E/F   2.5<br>☐ G _____ |
| 2.7 | William J. Somers | 15 Garden Street<br>Ridgefield Park, NJ 07660 | State of New Jersey | ☐ D _____<br>■ E/F   2.6<br>☐ G _____ |
| 2.8 | William J. Somers | 15 Garden Street<br>Ridgefield Park, NJ 07660 | Bank of America | ☐ D _____<br>■ E/F   3.1<br>☐ G _____ |
| 2.9 | William J. Somers | 15 Garden Street<br>Ridgefield Park, NJ 07660 | Home Depot | ☐ D _____<br>■ E/F   3.6<br>☐ G _____ |
| 2.10 | William J. Somers | 15 Garden Street<br>Ridgefield Park, NJ 07660 | Paypal Credit | ☐ D _____<br>■ E/F   3.9<br>☐ G _____ |

**Fill in this information to identify the case:**

Debtor name ___Advanced Welding & Iron Works, Inc._____

United States Bankruptcy Court for the: ___DISTRICT OF NEW JERSEY_____

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 207

## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/22

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

<u>**Part 1:**</u>    **Income**

1. **Gross revenue from business**

   ☐ None.

   | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
   |---|---|---|
   | From the beginning of the fiscal year to filing date:<br>From  1/01/2024 to Filing Date | ■ Operating a business<br>☐ Other _____ | $415,581.82 |
   | For prior year:<br>From  1/01/2023 to 12/31/2023 | ■ Operating a business<br>☐ Other _____ | $1,129,231.48 |
   | For year before that:<br>From  1/01/2022 to 12/31/2022 | ■ Operating a business<br>☐ Other _____ | $1,489,575.96 |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

   | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
   |---|---|---|

<u>**Part 2:**</u>    **List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None.

   | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
   |---|---|---|---|

Debtor    Advanced Welding & Iron Works, Inc.    Case number (if known) _____

| | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
|---|---|---|---|---|
| 3.1. | State of New Jersey<br>Division of Taxation<br>CN 249<br>Trenton, NJ 08625 | 1/15/24-4/22/24 | $24,294.51 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other payroll taxes |
| 3.2. | State of New Jersey<br>Sales & Use Tax<br>CN 999<br>Trenton, NJ 08625-0999 | 4/11/24 | $23,696.65 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other sales & use tax |
| 3.3. | FORA Financial<br>1385 Broadway<br>New York, NY 10018 | 3/26/2024-5/17/2024 | $14,744.40 | ☐ Secured debt<br>■ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.4. | Fundomate Techno<br>300 Continental Blvd<br>Suite 410<br>El Segundo, CA 90245 | 3/29/2024-5/23/2024 | $15,115.36 | ☐ Secured debt<br>■ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.5. | Stein & DiMatteo, PC<br>163 Madison Ave., Suite 220-31<br>Morristown, NJ 07960 | 5/6/2024-<br>$12,581.50 returned to Debtor | $20,000.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other retainer to tax attorney |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1.    SEE QUESTION #30 | | $0.00 | |

5. **Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account

| Debtor | Advanced Welding & Iron Works, Inc. | Case number *(if known)* | |

of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
| --- | --- | --- | --- |

## Part 3:    Legal Actions or Assignments

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| | Case title Case number | Nature of case | Court or agency's name and address | Status of case |
| --- | --- | --- | --- | --- |
| 7.1. | State of NJ Field Audit Assessment Advanced Welding & Iron Works, Inc. B452-581-885/000, Case #19 | Field Audit | State of New Jersey Dept of Treasury, Div. of Taxation PO Box 198 Trenton, NJ 08695 | ☐ Pending ■ On appeal ☐ Concluded |
| 7.2. | NJ Dept of Labor and Workforce Deve.lpment v. Advanced Welding & Iron Works, Inc. DJ02418321 | judgment | Bergen County Sheriff's Office Civil Court 10 Court St., PO Box 910 Morristown, NJ 07963 | ☐ Pending ☐ On appeal ■ Concluded |

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

## Part 4:    Certain Gifts and Charitable Contributions

**9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
| --- | --- | --- | --- |

## Part 5:    Certain Losses

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received. List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
| --- | --- | --- | --- |

## Part 6:    Certain Payments or Transfers

**11. Payments related to bankruptcy**

| Debtor | Advanced Welding & Iron Works, Inc. | Case number *(if known)* | |
|---|---|---|---|

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | GENOVA BURNS LLC 110 Allen Road Suite 304 Basking Ridge, NJ 07920 | Attorney Fees and filing fee | 4/11/23 | $20,338.00 |
| | Email or website address srever@genovaburns.com | | | |
| | Who made the payment, if not debtor? William Somers | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

**Part 7:**  Previous Locations

**14. Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

**Part 8:**  Health Care Bankruptcies

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

Debtor    Advanced Welding & Iron Works, Inc.                                    Case number (if known) _____

---

## Part 9:    Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

- ☑ No.
- ☐ Yes. State the nature of the information collected and retained.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

- ☑ No. Go to Part 10.
- ☐ Yes. Does the debtor serve as plan administrator?

---

## Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| | | | | |

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| | | | |

**20. Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| | | | |

---

## Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own

**21. Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☑ None

---

## Part 12:    Details About Environment Information

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

Debtor    Advanced Welding & Iron Works, Inc.                                 Case number *(if known)* _____

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

    ☑ No.
    ☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| | | | |

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

    ☑ No.
    ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| | | | |

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

    ☑ No.
    ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| | | | |

| Part 13: | Details About the Debtor's Business or Connections to Any Business |
|---|---|

25. **Other businesses in which the debtor has or has had an interest**
    List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

    ☑ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| | | |

26. **Books, records, and financial statements**
    26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

    ☑ None

| Name and address | Date of service<br>From-To |
|---|---|
| | |

    26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

    ☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26b.1.    ICW Group - Workers Compensation<br>15025 Innovation Drive<br>San Diego, CA 92130 | audit period<br>1/1/23-12/31/23;<br>March 15, 2024 |

Debtor    Advanced Welding & Iron Works, Inc.                                    Case number *(if known)* _____

| Name and address | Date of service From-To |
|---|---|
| 26b.2. State of New Jersey, Dept. of the Treasu Division of Taxation 102 First Street Hackensack, NJ 07601 | October 19, 2023 |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1. Christopher Ortega & Samantha Sfreddo c/o Omar Ortega 4310 Palisade Ave., Unit 1P Union City, NJ 07087 | |
| 26c.2. William J. Somers 15 Garden Street Ridgefield Park, NJ 07660 | |
| 26c.3. Botwinick & Company LLC Steve Carmasino 365 W. Passaic St., Suite 310 Rochelle Park, NJ 07662 | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|

27. **Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| William J. Somers | 15 Garden Street Ridgefield Park, NJ 07660 | President | 100% |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

■ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

Debtor   Advanced Welding & Iron Works, Inc.                                    Case number *(if known)* _____

☐  No
■  Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1. William J. Somers<br>15 Garden Street<br>Ridgefield Park, NJ 07660 | $76,000 payroll; $27,460 zelle transfers | June 2023-May 2024 | Salary and zelle payments |
| **Relationship to debtor**<br>President | | | |
| 30.2. Christopher Ortega<br>15 Garden Street<br>Ridgefield Park, NJ 07660 | $81,110 payroll; $32,750 zelle transfers | June 2023-May 2024 | Salary of $81,110 payroll; $32,750 zelle transfers-The Debtor believes that there may have been other transfers to or for the benefit of this party during the relevant time period. |
| **Relationship to debtor** | | | |
| 30.3. Samantha Sfreddo<br>15 Garden Street<br>Ridgefield Park, NJ 07660 | $39,215 payroll; $38,669.56 zelle transfers | June 2023-May2024 | Salary of $39,215 payroll; $38,669.56 zelle transfers-The Debtor believes that there may have been other transfers to or for the benefit of this party during the relevant time period. |
| **Relationship to debtor** | | | |
| 30.4. Omar J. Ortega<br>824 15th St., Apt. 13<br>Union City, NJ 07087 | $76,500 payroll; $5,000 zelle transfers | June 2023-May 2024 | Payroll of $76,500; Zelle transfer of $5,000. The Debtor believes that there may have been other transfers to or for the benefit of this party during the relevant time period. |
| **Relationship to debtor** | | | |

Debtor    Advanced Welding & Iron Works, Inc.    Case number *(if known)*

|  | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.5. | Omar Ortega, Sr.<br>4310 Palisade Ave., Unit 1P<br>Union City, NJ 07087 | $47,550.00 | (2022)<br>6/15/23-12/29/23 | payroll $47,550.00,-The Debtor believes that there may have been other transfers to or for the benefit of this party during the relevant time period. |
|  | **Relationship to debtor** |  |  |  |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|

| Debtor | Advanced Welding & Iron Works, Inc. | Case number *(if known)* | |

---

**Part 14:** **Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    June 11, 2024

/s/ William Somers                                             William Somers
Signature of individual signing on behalf of the debtor        Printed name

Position or relationship to debtor    President

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
### District of New Jersey

In re   Advanced Welding & Iron Works, Inc.        Case No. _____

                                        Debtor(s)        Chapter    7

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   | | |
   |---|---|
   | For legal services, I have agreed to accept | $      20,000.00 |
   | Prior to the filing of this statement I have received | $      20,000.00 |
   | Balance Due | $      0.00 |

2. $   338.00   of the filing fee has been paid.

3. The source of the compensation paid to me was:

   ☐ Debtor      ☒ Other (specify):    William Somers

4. The source of compensation to be paid to me is:

   ☒ Debtor      ☐ Other (specify):

5. ☒ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. [Other provisions as needed]

7. By agreement with the debtor(s), the above-disclosed fee does not include the following service:
   Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| | |
|---|---|
| June 11, 2024 | /s/ Scott S. Rever |
| *Date* | Scott S. Rever |
| | *Signature of Attorney* |
| | GENOVA BURNS LLC |
| | 110 Allen Road |
| | Suite 304 |
| | Basking Ridge, NJ 07920 |
| | (973) 467-2700   Fax: (973) 467-8126 |
| | srever@genovaburns.com |
| | *Name of law firm* |

**United States Bankruptcy Court**
**District of New Jersey**

In re   Advanced Welding & Iron Works, Inc. _____   Case No. _____
                                              Debtor(s)          Chapter    7 _____

# VERIFICATION OF CREDITOR MATRIX

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:   June 11, 2024 _____        /s/ William Somers _____
                                             William Somers/President
                                             Signer/Title

Bank of America
Business Card
PO Box 15710
Wilmington, DE 19886-5710


Bank of America
Attn: Bankruptcy Notice
P.O. Box 26012
Greensboro, NC 27420


Builders & Tradesmen's Ins Svc Inc.
6610 Sierra College Blvd.
Rocklin, CA 95677-4306


Christopher Ortega & Samantha Sfreddo
c/o Omar Ortega
4310 Palisade Ave., Unit 1P
Union City, NJ 07087


Daniel Fleisher
4309 Palisade LLC
330 Washington St.
Hoboken, NJ 07030


FORA Financial
1385 Broadway
New York, NY 10018


Fundomate Techno
300 Continental Blvd
Suite 410
El Segundo, CA 90245


Home Depot
PO Box 9001037
Louisville, KY 40290-1037


ICW Group
PO Box 509039
San Diego, CA 92150-9039


Internal Revenue Service
Centralized Insolvency Operation
PO Box 7346
Philadelphia, PA 19101-7346

```
Internal Revenue Service
Special Procedures
955 So. Springfield Avenue
Springfield, NJ 07081


Manhattan Steel
327 Manhattan Ave
Jersey City, NJ 07307


Paypal Credit
PO Box 71718
Philadelphia, PA 19176-1718


State of New Jersey
Division of Taxation
CN 249
Trenton, NJ 08625


State of New Jersey
Sales & Use Tax
CN 999
Trenton, NJ 08625-0999


T-Mobile


William J. Somers
15 Garden Street
Ridgefield Park, NJ 07660
```

# United States Bankruptcy Court
## District of New Jersey

In re   Advanced Welding & Iron Works, Inc.

Debtor(s)

Case No.

Chapter   7

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   Advanced Welding & Iron Works, Inc.   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

June 11, 2024

Date

/s/ Scott S. Rever

Scott S. Rever

Signature of Attorney or Litigant

Counsel for   Advanced Welding & Iron Works, Inc.

GENOVA BURNS LLC

110 Allen Road
Suite 304
Basking Ridge, NJ 07920
(973) 467-2700 Fax:(973) 467-8126
srever@genovaburns.com